# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE VELLO, | : | CIVIL ACTION NO. 3:CV-17-0879 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| Superintendent DELBALSO, et al., | : | FILED SCRANTON NOV 1 4 2017 |
| Defendants | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW, THIS 9TH DAY OF NOVEMBER 2017,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis, (Doc. 7), is **GRANTED** for the sole purpose of filing the complaint;

2. Plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A;

3. Plaintiff's motion to appoint counsel, (Doc. 9) is **DISMISSED** as moot;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal from this order will be deemed frivolous, not taken in good faith, and lacking probable cause.

/s/ William J. Nealon
**United States District Judge**